No. 209. MACANDREWS AND FORBES COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES; and No. 210. J. S. YOUNG COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the Southern District of New York. October 13, 1908. Dismissed on the authority of counsel for the plaintiffs in error. *Mr. James*

*Parker* and *Mr. DeLancey Nicoll* for plaintiffs in error. *The Attorney General* for defendant in error.